# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1985
_____

JIMMY TYRRELL,

Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

March 15, 2019


PER CURIAM.

AFFIRMED.

ROWE, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jimmy Tyrrell, pro se, Appellant.

Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Appellee.